■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYRONE HOUSTON, Also Known as TYRONE BLACK, Appellant. [660 NYS2d 993] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated September 18, 1995 (*People v Houston,* 219 AD2d 673), affirming a judgment of the Supreme Court, Kings County, rendered June 16, 1993.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Copertino, Pizzuto and Krausman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANCISCO JASON, Appellant. [660 NYS2d 143] —Appeal by the defendant, as limited by his motion, from an amended sentence of the Supreme Court, Kings County (Firetog, J.), imposed April 4, 1995, on the ground that it is illegal.

Ordered that the amended sentence is affirmed.

Contrary to the defendant's contentions, the Supreme Court possessed the inherent power to correct the defendant's original sentence, which was illegal as the result of fraud and misrepresentation (*see, Matter of Lockett v Juviler,* 65 NY2d 182; *Matter of Klein v Cowhey,* 161 AD2d 643). Moreover, there is no merit to the defendant's contention that he had a legitimate expectation in the finality of the original sentence (*see, People v Todd,* 183 AD2d 861; *cf., Stewart v Scully,* 925 F2d 58; *People v Hoppie,* 220 AD2d 528). Mangano, P. J., Bracken, Copertino, Sullivan and McGinity, JJ., concur.